

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| SAAB SITE CONTRACTORS, L.P. and SWSC GP, L.L.C, | § | No. 08-19-00083-CV |
| | § | Appeal from the |
| Appellants, | § | |
| | § | 168th District Court |
| v. | § | |
| | § | of El Paso County, Texas |
| TERRACON CONSULTANTS, INC., | § | |
| | § | (TC# 2017DCV2285) |
| Appellee. | § | |

## MEMORANDUM OPINION

Appellants Saab Site Contractors, L.P. and SWSC GP, L.L.C. have filed an unopposed motion for voluntary dismissal of this appeal in connection with a settlement. *See* TEX.R.APP.P. 42.1(a)(1). The motion is granted, and this appeal is dismissed. Costs of appeal are assessed against the party incurring the same, as per the parties' agreement. *See* TEX.R.APP.P. 42.1(d).

JEFF ALLEY, Chief Justice

January 31, 2020

Before Alley, C.J., Rodriguez, and Palafox, JJ.

1